<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6080**

_____

UNITED STATES OF AMERICA,

                               Plaintiff - Appellee,

      versus

THOMAS SHARMALE NEAL,

                               Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. William L. Osteen, District Judge. (CR-91-49)

_____

Submitted: April 18, 2002         Decided: April 26, 2002

_____

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Sharmale Neal, Appellant Pro Se. Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas Sharmale Neal appeals the district court order denying his petition for a writ of error coram nobis under 28 U.S.C. § 1651 (1994), seeking vacatur of his 1991 conviction for using and carrying a firearm during and in relation to a drug trafficking crime. We have reviewed the record and the district court order and find no error. Accordingly, we affirm. Neal failed to show such action was necessary to achieve justice or that sound reasons exist for not raising this claim earlier. We deny Neal's motion to authorize preparation of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED